SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MATTHEW M. SONNE, Cal. Bar No. 239110
msonne@sheppardmullin.com
FRANCES M. K. HERNANDEZ, Cal. Bar No. 281384
fhernandez@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

JS-6

Attorneys for Defendants
FIRST DATA CORPORATION, and
TELECHECK SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR NIX, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST DATA CORPORATION, a Florida corporation; TELECHECK SERVICES, INC., a Delaware corporation; JUSTIN MUNTEAN, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:15-CV-1319-CAS-E<br><br>**[PROPOSED] ORDER RE DISMISSAL**<br><br>**Joint Stipulation Filed Concurrently Herewith**<br><br>Complaint Filed: January 7, 2015 |

Upon the Joint Stipulation of Plaintiff Lamar Nix and Defendants First Data Corporation and Telecheck Services, Inc., it is hereby ordered that:

1. All claims in the above captioned Action are dismissed with prejudice as to all parties and all causes of action; and

/ / /

/ / /

/ / /

/ / /

1 | 2. Each of the parties herein shall bear its own costs, expenses and
2 | attorneys' fees associated with the prosecution and defense of the Action.
3 |     IT IS SO ORDERED.

Dated: April 1, 2016

*[signature]*

Hon. Christina A. Snyder
United States District Judge